IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

MICHAEL MORAN,

    Plaintiff,

v.    No. 3:98-CV-0894-T

MIDPARK JEEP-EAGLE, INC.,

    Defendant.

## FINAL JUDGMENT

This action came before the Court, Honorable Robert B. Maloney, presiding, and an agreed order of dismissal having been rendered:

It is **ORDERED** and **ADJUDGED** that Plaintiff Michael Moran's complaint herein against Defendant Midpark Jeep-Eagle, Inc., is **dismissed without prejudice**.

It is **FURTHER ORDERED** and **ADJUDGED** that each party shall bear its own costs.

It is **FURTHER ORDERED** and **ADJUDGED** that all relief not specifically granted herein is denied.

Signed this 23 day of October, 1998.

Robert B. Maloney
U.S. District Judge